UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ALF HYSTAD,

        Plaintiff,

   v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. C17-1702 RAJ

**ORDER TO SHOW CAUSE**

Plaintiff was required to file his opening brief on or before March 2, 2018. Dkt. 9. Plaintiff has neither filed his opening brief nor requested an extension of time.

Plaintiff is ordered to show cause why this matter should not be dismissed for lack of prosecution by March 22, 2018. Failure to show cause may result in dismissal of this action. Plaintiff may respond by filing his opening brief along with an explanation for the delay. If the explanation is acceptable to the Court, the Court will amend the Scheduling Order to avoid prejudice to the Defendant.

DATED this 19th day of March, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SHOW CAUSE - 1