UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ALF HYSTAD,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C17-1702 RAJ

**ORDER FOR SANCTIONS**

Plaintiff was required to file an opening brief on or before March 2, 2018. Dkt. 9. The Court issued a show cause order authorizing filing of the brief *along with an explanation for the delay*. Dkt. 10. Plaintiff filed a brief without offering any explanation whatsoever. Dkt. 11.

Accordingly, the Court hereby ORDERS sanctions in the amount of $100 against Plaintiff's attorney Donna Gibson.

DATED this 28th day of March, 2018.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR SANCTIONS - 1